

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Guardianship of Edwin J. Alford, an Incapacitated Person

No. 06-19-00060-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 871-CCL). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect an attorney fee award of $3,057.40. As modified, the judgment of the trial court is affirmed.

We further order that each party shall bear its own costs of appeal.

RENDERED JANUARY 29, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk